In the Matter of MALIKATA KAWAIIB SHABAZZ, Respondent, v ERNEST JAHAD JOHNSON, Appellant. [891 NYS2d 663]

Contrary to the Family Court's determination, the motion of the putative father (hereinafter the appellant) to vacate an order of filiation and a support order entered upon his default in answering or appearing was properly brought pursuant to CPLR 5015 (a) (4) and, thus, was not untimely (*see Matter of H. v M.,* 47 AD3d 629 [2008]; *State of N.Y. Higher Educ. Servs. Corp. v Sparozic,* 35 AD3d 1069, 1070 [2006]). Moreover, in view of the testimony and evidentiary submissions presented by the appellant at the hearing, the petitioner failed to establish by a preponderance of the evidence that the appellant was properly served in the proceeding (*see* Family Ct Act §§ 427, 525; CPLR

308; *Matter of Griffin v Griffin,* 215 AD2d 386 [1995]). Since the Family Court lacked personal jurisdiction over the appellant, the orders of filiation and support entered upon the appellant's default should have been unconditionally vacated and the proceeding dismissed (*see Delgado v Velecela,* 56 AD3d 515, 516-517 [2008]; *Matter of H. v M.,* 47 AD3d at 630). Fisher, J.P., Angiolillo, Lott and Sgroi, JJ., concur.